**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

|  |  |
|---|---|
| In re ) | Chapter 7 |
| ) |  |
| VICTOR MERVYN JONES and ) | Case No. 2-10-bk-14565 |
| LORRAINE MARIE JONES, ) |  |
|   Debtor(s) ) | BANKRUPTCY JUDGE |
| ) | LINDA B RIEGLE |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (LOWES CONSUMER [Last four digit of account:0643]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Money Bank
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
May 6, 2010

                                                               By: /s/ Ramesh Singh

                                                               Ramesh Singh
                                                                c/o Recovery Management Systems Corp.
                                                                Financial Controller
                                                                25 SE 2nd Avenue, Suite 1120
                                                                Miami, FL 33131-1605
                                                                (305) 379-7674

Assignee Creditor: LOWES CONSUMER [Last four digit of account:0643]